# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00534-FDW-DSC

| | |
|---|---|
| ERNEST KING, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| REGINA THOMAS et. al., | ) ) ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on pro se Plaintiff's "Motion for Discovery" (document # 10).

Plaintiff's Motion is premature. The issues have not been joined and the parties have not conducted an Initial Attorney's Conference. Accordingly, the Motion is denied.

The Clerk is directed to send copies of this Order to the pro se Plaintiff, to defense counsel, and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: October 22, 2018

David S. Cayer
United States Magistrate Judge