UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-CV-00534-FDW-DSC

| | |
|---|---|
| ERNEST KING, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| AMAZON CORPORATION, REGINA THOMAS, | ) |
| Defendants. | ) |

THIS MATTER is before the Court upon Plaintiff's Motion for Summary Judgment. (Doc. No. 22). Plaintiff's Motion for Summary Judgment was made on December 14, 2018. Id. As previously set forth in the Court's Case Management Order, discovery in this case remains open until June 3, 2019, and dispositive motions are due July 1, 2019. (Doc. No. 39, p. 1). As such, the Court finds Plaintiff's Motion for Summary Judgment is premature and should be denied to allow for additional discovery.

Plaintiff's Motion for Summary Judgment (Doc. No. 22) is therefore DENIED WITHOUT PREJUDICE and Plaintiff may raise arguments again in a later dispositive motion.

IT IS SO ORDERED.

Signed: March 25, 2019

_____
Frank D. Whitney
Chief United States District Judge